DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SEA AIR TOWERS CONDOMINIUM
ASSOCIATION, INC.,**
Appellant,

v.

**JUDY WILKERSON, MONICA CEJAS,**
and **PWBC, LLC,**
Appellees.

No. 4D2022-2388

[December 7, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. CACE20016041.

Gray R. Proctor, Florham Park, New Jersey, for appellant.

Francesca M. Stein and Scott A. Cole of Cole, Scott & Kissane, P.A., Miami, for appellees, Judy Wilkerson and Monica Cejas.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***